# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1244
LT Case No. 2009-DR-4230

_____

SANGITA PATEL LEWIS,

Appellant,

v.

STEVEN HOWARD LEWIS,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
R. Gregg Jerald, Judge.

Charles A. Samarkos and Sharon E. Krick, of Johnson, Pope,
Boker, Ruppel & Burns, LLP, Clearwater, for Appellant.

Rebecca A. Guthrie, of Rebecca A. Guthrie, P.A., Ocala, for
Appellee.

October  24, 2023

PER CURIAM.

AFFIRMED.

WALLIS, KILBANE, and PRATT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————